06-CV-01023-SUP

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| YAO YANG and ZHENG BAO FANG, | |
| Petitioners, | CASE NO. C06-1023-TSZ-JPD |
| v. | |
| A. NEIL CLARK, et al., | ORDER OF DISMISSAL |
| Respondents. | |

The Court, having reviewed petitioners' 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioners' § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 16th day of March, 2007.

THOMAS S. ZILLY
United States District Judge

ORDER
PAGE – 1